SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>vs.<br><br><br>Dan E. Gretzer, et al,<br><br><br><br>    Defendants | Case No.: CIV.S 09-cv-02060-JAM-GGH<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF MICHAEL A. HENRY AND ORDER**<br><br><br>Complaint Filed: JULY 27, 2009<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Michael A. Henry) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Michael A. Henry) is dismissed because this Defendant no longer operates the business.

Dated: September 8, 2009            /s/Scott N. Johnson_____
                                    SCOTT N. JOHNSON
                                    Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                    CIV: S-09-02060-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2
3  Dated: September 8, 2009                   /s/ John A. Mendez
                                              U. S. DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com